# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VANESSA NIXON, | No. 4:20-CV-00404 |
| Plaintiff, | (Judge Brann) |
| v. | |
| FAMILY DOLLAR STORES OF PENNSYLVANIA, LLC, | |
| Defendant. | |

## ORDER

**AND NOW**, this 20th day of May 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's motion for summary judgment (Doc. 49) is **DENIED**.

2. A telephonic status conference will be scheduled by separate order.

         BY THE COURT:

         *s/ Matthew W. Brann*
         Matthew W. Brann
         United States District Judge